LITIGATION

808     In re Pilot Freight Carriers, Inc., Plant Closing Litigation

| | | |
|---|---|---|
| 89/05/17 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-4); EXHIBITS A and B; CERT. OF SERVICE -- filed by plaintiffs Bettie C. Holcomb, et al. -- SUGGESTED TRANSFEREE DISTRICT: **MIDDLE DISTRICT OF NORTH CAROLINA** (cds) |
| 89/05/26 | | APPEARANCES: JAMES D. O'CONNELL, ESQ. for Central Sates pension Fund, Southwest and Southeast Area, et al; THOMAS H. KOHN, ESQ. for Highway Truck Drivers & Helpers, Local Unit #107; JAMES A. McCALL, ESQ. for Teamsters National Freight Industry Negotiating Committee, etc.; BEVERLY C. MOORE, JR., ESQ. for Bettie C. Holcomb, et al.; LAWRENCE W. MARQUESS, ESQ. for Allan Musgrove, ADM Acquisition Corporation, Pilot Freight Carriers, Inc., and U.S. Truck Lines, Inc. of Delaware (rh) |
| 89/06/06 | 2 | RESPONSE/BRIEF (to pldg. #1) -- pltfs. Central States Pension Fund, Southwest and Southeast Area, et al. w/exhibit A and cert. of svc. (ds) |
| 89/06/06 | 3 | RESPONSE (to pldg. #1) -- defts. Pilot Freight Carriers, Inc., U.S. Truck Lines, Inc. of Delaware and ADM Acquisition Corporation w/exhibits A thru C and cert. of svc. (ds) |
| 89/06/07 | 4 | RESPONSE (to pldg. #1) -- pltf. Teamsters National Freight Industry Negotiating Committee, etc. w/cert. of svc. (ds) |
| 89/06/15 | | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/23 | 5 | MOTION/BRIEF TO DISMISS MOTION TO TRANSFER -- filed by pltfs. Bette C. Holcomb, et al. w/cert. of svc. (ds) |
| 89/06/28 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE JULY 27, 1989 HEARING ( A-1 - A-4) -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. __808__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Pilot Freight Carriers, Inc., Plant Closing Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 28, 1989 | MW | unpublished | | | |

## Special Transferee Information

DATE CLOSED: __June 28, 1989__

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __808__ -- In re Pilot Freight Carriers, Inc., Plant Closing Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Central States Pension Fund, Southwest and Southeast Area, et al. v. Pilot Freight Carriers Inc. | Ill.,N. Leinenweber | 89-C-2313 | | | | |
| A-2 | Highway Truck Drivers & Helpers, Local Union #107 v. Pilot Freight Carriers, Inc. | N.J. Gerry | 89-1111 (JFG) | | | | |
| A-3 | Teamsters National Freight Industry Negotiating Committee, etc. v. Pilot Freight Carriers, Inc. | Md. Motz | JFM-89-816 | | | | |
| A-4 | Bettie C. Holcomb, et al. v. Pilot Freight Carriers, Inc., et al. | N.C.,M. Bullock | C-89-227-WS | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __808__ -- __In re Pilot Freight Carriers, Inc., Plant Closing Litigation__

CENTRAL STATES PENSION FUND, SOUTHWEST
AND SOUTHEAST AREA, ET AL. (A-1)
James D. O'Connell, Esq.
Central States Pension Fund
Law Department
8550 West Bryn Mawr Avenue
Chicago, Illinois 60631

HIGHWAY TRUCK DRIVERS & HELPERS, LOCAL
UNIT #107 (A-2)
Thomas H. Kohn, Esq.
Sagot & Jennings
1172 Public Ledger Building
Philadelphia, Pennsylvania 19106

TEAMSTERS NATIONAL FREIGHT INDUSTRY
NEGOTIATING COMMITTEE, ETC. (A-3)
James A. McCall, Esq.
Office of General Counsel
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

BETTIE C. HOLCOMB, ET AL. (A-4)
Beverly C. Moore, Jr., Esq.
Moore & Brown
4900 Massachusetts Avenue, N.W.
Suite 205
Washington, D.C. 20016

ALLAN MUSGROVE
ADM ACQUISITION CORPORATION
PILOT FREIGHT CARRIERS, INC.
U.S. TRUCK LINES, INC. OF DELAWARE
Lawrence W. Marquess, Esq.
Heron, Burchette, Ruckert & Rothwell
2600 Manville Plaza
717 Seventeenth Street
Denver, Colorado 80202

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __808__ -- __In re Pilot Freight Carriers, Inc., Plant Closing Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Pilot Freight Carriers | A-1 |
| Pilot Freight Carriers, Inc. | A-2; A-3; A-4 |
| U.S. Truck Lines of Delaware, Inc. | A-4 |
| v<br>ADM Acquisition Corp. | A-4 |
| Allan D. Musgrove | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |