JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 28 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 808

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PILOT FREIGHT CARRIERS, INC., PLANT CLOSING LITIGATION

Central States Pension Fund, Southwest and Southeast Area, et
al. v. Pilot Freight Carriers, Inc., N.D. Illinois, C.A. No.
89-C-2313
Highway Truck Drivers & Helpers, Local Unit #107 v. Pilot
Freight Carriers, Inc., D. New Jersey, C.A. No. 89-1111
Teamsters National Freight Industry Negotiating Committee, etc.
v. Pilot Freight Carriers, Inc., D. Maryland, C.A. No.
JFM-89-816
Bettie C. Holcomb, et al. v. Pilot Freight Carriers, Inc., et
al., M.D. North Carolina, C.A. NO. C-89-227-WS

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE JULY 27, 1989 HEARING

    This matter is before the Panel pursuant to a motion, under 28
U.S.C. §1407, by plaintiffs in the above-captioned Middle District of
North Carolina action for centralization of all the above-captioned
actions in the Middle District of North Carolina for coordinated or
consolidated pretrial proceedings.  Movants now seek to withdraw their
Section 1407 motion on the ground that all claims in the four actions
have either been dismissed or are now pending in a single district,
the Middle District of North Carolina.

    IT IS THEREFORE ORDERED that movants' request to withdraw their
Section 1407 motion be granted, and that the motion be, and the same
hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule
filed on June 15, 1989, as amended on June 19, 1989, be, and the same
hereby are, VACATED insofar as they relate to the above-captioned
litigation.

                    FOR THE PANEL:

                    Andrew A. Caffrey
                    Chairman